No. 1124, Misc. BRYANS v. BLACKWELL, WARDEN. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 1166, Misc. TALMANSON v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 1237, Misc. LERMA v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1333, Misc. STURGIS v. WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 1334, Misc. LEE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1338, Misc. STOVALL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1339, Misc. REED v. PATE, WARDEN. Sup. Ct. Ill. Certiorari denied.

No. 1342, Misc. WOOD v. CONNEAUT LAKE PARK, INC. C. A. 3d Cir. Certiorari denied. *Sidney J. Sable* for petitioner. *William C. Walker* for respondent.